# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAMELA BEAMUS  
531 SOUTH AVENUE  
ROCKFORD, IL 61109  

SSN-xxx-xx-3126

Case Number: 05-71779

Case filed on: 4/14/2005  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,737.53     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | PAMELA BEAMUS | 0.00 | 0.00 | 37.53 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 37.53 | 0.00 |
| 023 | VAUGHN'S TV & APPLIANCE | 2,159.66 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 2,159.66 | 0.00 | 0.00 | 0.00 |
| 001 | ALAN KOSSMAN DDS P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALBERT ALTAMORE ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | D&B RECEIVABLE MANAGEMENT SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EDGEBROOK DERMATOLOGY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ENTERPRISE RENT-A-CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GRANT PARK AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 1,662.90 | 1,662.90 | 192.50 | 0.00 |
| 016 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SBC MIDWEST | 3,991.78 | 3,991.78 | 462.10 | 0.00 |
| 018 | SECURITY FINANCE | 396.00 | 396.00 | 45.84 | 0.00 |
| 019 | COTTONWOOD FINANCIAL | 468.93 | 468.93 | 54.28 | 0.00 |
| 020 | US BANK/RETAIL PAYMENT SOLUTIONS | 420.81 | 420.81 | 48.71 | 0.00 |
| 021 | VAUGHN'S TV & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WINNEBAGO COUNTY CIRCUIT CLERK | 2,985.00 | 2,985.00 | 345.55 | 0.00 |
| 024 | MELBA BEAMUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | US BANK/RETAIL PAYMENT SOLUTIONS | 122.49 | 122.49 | 14.18 | 0.00 |
| | Total Unsecured | 10,047.91 | 10,047.91 | 1,163.16 | 0.00 |
| | Grand Total: | 13,571.57 | 11,411.91 | 2,564.69 | 0.00 |

Total Paid Claimant:    $2,564.69  
Trustee Allowance:      $172.84  
Percent Paid Unsecured:   11.58

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008         By  /s/Heather M. Fagan